WOOD VS. THE CHICAGO, MILWAUKEE & ST. PAUL RAILWAY
COMPANY.

*Evidence.*

Where the question, in what part of a certain building a fire commenced,
was material, it was error to permit a witness, who had not seen its
commencement, to state "in what part of the building, judging from its
appearance when he first saw it, and from all the circumstances, the fire
originated."

APPEAL from the Circuit Court for *Fond du Lac* County.

Action for the value of plaintiff's goods destroyed by fire
while stored by defendant as a warehouseman, in its ware-
house at Boscobel in this state. The complaint alleged, and
the answer denied, that such destruction was caused by de-
fendant's negligence.

The error for which the judgment was reversed will suffi-
ciently appear from the opinion.

Plaintiff had a verdict and judgment; and defendant ap-
pealed.

*Jno. W. Cary,* for appellant.

The cause was submitted for the respondent on the brief of
*George C. Hazelton,* who cited 1 Greenl. Ev., § 440, and *Peo-
ple v. Eastwood,* 14 N. Y., 562.

RYAN, C. J. It appears to have been a material question of
fact on the trial, bearing on the negligence imputed to the ap-
pellant, in what part of the building the fire originated. No
witness saw its commencement. One witness, who saw it
after its commencement, was asked by the respondent to state
in what part of the building, judging from its appearance
when he first saw it, and from all the circumstances, the fire
originated. It was for the jury, not for the witness, to answer
that question. It was for the witness to state facts within his
knowledge, and for the jury to determine what conclusion the

facts warranted. Yet the witness was permitted, under exception, to give his opinion where and how the fire originated; and at least one other witness was allowed, in like manner, to give his opinion and usurp the province of the jury.

The statement is sufficient without discussion. It would go to overturn the whole common-law theory of trial of issues of fact, to uphold a verdict rendered on such evidence.

*By the Court.* — The judgment is reversed, and the cause remanded to the court below for a new trial.